No. 89–1140. DOE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1160. MICHIGAN ET AL. v. PANHANDLE EASTERN PIPE LINE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1161. MICHIGAN ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 89–1173. LUSKIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–1175. NUCLEAR TRANSPORT & STORAGE, INC. v. UNITED STATES, ACTING THROUGH ITS DEPARTMENT OF ENERGY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1176. HORTON AUTOMATICS v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 89–1194. PARK CENTER WATER DISTRICT v. UNITED STATES ET AL. Sup. Ct. Colo. Certiorari denied.

No. 89–1198. MARROQUIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–1203. KENTUCKY v. PETERSON. Ct. App. Ky. Certiorari denied.

No. 89–1209. CHICAGO & NORTH WESTERN TRANSPORTATION CO. v. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–1253. BLOUNT COUNTY BOARD OF EDUCATION ET AL. v. NICHOLS. C. A. 11th Cir. Certiorari denied.

No. 89–1262. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 660, ET AL. v. HESTER. C. A. 11th Cir. Certiorari denied.

No. 89–1270. MCNELL ET AL. v. HUGEL. C. A. 1st Cir. Certiorari denied.